| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MOORMAN, William A. | 2. Court or Organization<br><br>Ct of App for Veterans Claims | 3. Date of Report<br><br>07/10/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>625 Indiana Avenue, NW<br>Suite 900<br>Washington, DC 20004-2950 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Air Force Aid Society -- Nonprofit |
| 2. | Vice President, Board of Trustees | Air Force Judge Advocate School Foundation -- Nonprofit |
| 3. | Personal Representative | Estate #1 - Deceased Family Member |
| 4. | Trustee | Decedent's Trust #1 - Deceased Family Member |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pentagon Federal Share Acct | A | Interest | J | T | | | | | |
| 2. Pentagon Federal Money Mkt | A | Interest | K | T | | | | | |
| 3. TR Price Capital Appreciation Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. TR Price Small Cap Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 5. Ameriprise Insured Money Mkt | A | Interest | J | T | | | | | |
| 6. Fid Adv Small Cap-A | C | Dividend | K | T | Buy (add'l) | 01/18/13 | J | | |
| 7. Fid Adv New Insights-A | D | Dividend | L | T | Buy (add'l) | 01/18/13 | J | | |
| 8. Putnam Equity Income-A | D | Dividend | L | T | Buy (add'l) | 01/18/13 | J | | |
| 9. DWS Dremen S/Cap Val-A | E | Dividend | K | T | Buy (add'l) | 01/18/13 | J | | |
| 10. MFS Municipal Income-A | C | Dividend | L | T | Buy (add'l) | 01/18/13 | K | | |
| 11. W Blair Intl Growth-N | A | Dividend | K | T | Buy (add'l) | 01/18/13 | J | | |
| 12. MFS Intl New Disc-A | A | Dividend | K | T | Buy (add'l) | 01/18/13 | J | | |
| 13. MFS VA Muni Bond-A | C | Dividend | M | T | Buy (add'l) | 01/18/13 | K | | |
| 14. Ford Motor Co Common Stock | A | Dividend | J | T | | | | | |
| 15. Fid Adv Strat Income-A | C | Dividend | K | T | Buy (add'l) | 01/18/13 | J | | |
| 16. Wells Fargo Bank -- Savings | A | Interest | M | T | | | | | |
| 17. Wells Fargo Bank -- Checking | A | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DWS Select Alt Alca | B | Dividend | L | T | Buy (add'l) | 01/18/13 | J | | |
| 19. Estate #1 - PG&E Common Stock | A | Dividend | | | Closed | 01/15/13 | J | A | |
| 20. PG&E Common Stock (x) | A | Dividend | J | T | | | | | |
| 21. Trust #1 - Wells-Fargo Bank Savings | A | Interest | M | T | | | | | |
| 22. Trust #1 - Wells-Fargo Bank Checking | | None | J | T | | | | | |
| 23. Trust #1 - Bank of America - Money Market | A | Interest | J | T | | | | | |
| 24. Trust #1 - Bank of America - Checking | | None | J | T | | | | | |
| 25. Trust #1 - TR Price Hi-Yield Fund | C | Dividend | | | Sold | 10/21/13 | L | A | |
| 26. Trust #1 - TR Price CA Tax-Exempt Fund | B | Dividend | | | Sold | 10/21/13 | K | B | |
| 27. Trust #1 - Vanguard Hi-Yield Fund | B | Dividend | | | Sold | 10/22/13 | K | A | |
| 28. Trust #1 - Vanguard CA Tax-Exempt Fund | B | Dividend | | | Sold | 10/22/13 | K | A | |
| 29. Trust #1 - Vanguard 500 Index Fund | A | Dividend | | | Sold | 10/22/13 | J | D | |
| 30. Trust #1 - Altria Group Fund | A | Dividend | | | Sold | 11/07/13 | J | B | |
| 31. Trust #1 - Franklin Hi-Inc Fund AA | B | Dividend | | | Sold | 11/07/13 | K | A | |
| 32. Trust #1 - Kraft Foods Inc Common Stock | A | Dividend | | | Sold | 11/07/13 | J | A | |
| 33. Trust #1 - Mondelez Intl Common Stock | A | Dividend | | | Sold | 11/07/13 | J | B | |
| 34. Trust #1 - Philip Morris Intl Inc Common Stock | A | Dividend | | | Sold | 11/07/13 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust #1 - Putnam Hi-Inc Sec Fund | B | Dividend | | | Sold | 11/07/13 | K | A | |
| 36. Trust #1 - Putnam Hi-Yield Trust Fund | B | Dividend | | | Sold | 11/07/13 | K | B | |
| 37. Trust #1 - Commonwealth Reit Common Stock | A | Dividend | J | T | | | | | |
| 38. Trust #1 - Senior Housing Prop Common Stock | A | Dividend | J | T | | | | | |
| 39. Ameriprise Trust Company WAMoorman Rollover IRA | E | Dividend | N | T | | | | | |
| 40. - Blackrock Inflation Prot Bond | | | | | Buy | 02/14/13 | J | | |
| 41. - Columbia Dividend Opp | | | | | Buy | 02/14/13 | K | | |
| 42. | | | | | Sold (part) | 05/20/13 | J | A | |
| 43. - Columbia Income Opp | | | | | Buy | 02/14/13 | J | | |
| 44. - Columbia Active Large Cap | | | | | Buy | 02/14/13 | J | | |
| 45. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 46. | | | | | Sold (part) | 08/15/13 | J | A | |
| 47. - Active Portfolio Core Plus Bond | | | | | Buy | 02/14/13 | L | | |
| 48. | | | | | Sold (part) | 05/20/13 | J | A | |
| 49. | | | | | Sold (part) | 08/15/13 | J | A | |
| 50. | | | | | Sold | 12/09/13 | L | A | |
| 51. - Active Portfolio Small Cap | | | | | Buy | 02/14/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/15/13 | J | A | |
| 53. - Active Portfolio Alter Strat | | | | | Buy | 02/14/13 | K | | |
| 54. - Goldman Sachs Mid Cap | | | | | Buy | 02/14/13 | J | | |
| 55. | | | | | Sold | 12/09/13 | J | A | |
| 56. - Hancock Global Absolute Return | | | | | Buy | 02/14/13 | J | | |
| 57. - Janus Cl A | | | | | Buy | 02/14/13 | K | | |
| 58. | | | | | Sold (part) | 05/20/13 | J | A | |
| 59. | | | | | Sold | 07/17/13 | K | B | |
| 60. - MFS Value Cl A | | | | | Buy | 02/14/13 | J | | |
| 61. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 62. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 63. - MFS Int'l Value | | | | | Buy | 02/14/13 | J | | |
| 64. - MFS Emerging Markets | | | | | Buy | 02/14/13 | J | | |
| 65. - Oppenheimer Int'l Growth | | | | | Buy | 02/14/13 | J | | |
| 66. | | | | | Sold | 12/09/13 | J | B | |
| 67. - Prudential Global Real Estate | | | | | Buy | 02/14/13 | J | | |
| 68. - Prudential Mid Cap | | | | | Buy | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 07/10/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Wells Fargo Emerging Mkts | | | | | Buy | 02/14/13 | J | | |
| 70. - Blackrock Hi Yield Bond | | | | | Buy | 02/15/13 | J | | |
| 71. - JP Morgan Strat Income Opp | | | | | Buy | 05/20/13 | J | | |
| 72. - JP Morgan Large Cap Growth | | | | | Buy | 07/17/13 | K | | |
| 73. | | | | | Sold (part) | 08/15/13 | J | A | |
| 74. - Eaton Vance Float Rate | | | | | Buy | 08/15/13 | J | | |
| 75. - Invesco Int'l Growth | | | | | Buy | 12/09/13 | J | | |
| 76. - American Century Mid Cap | | | | | Buy | 12/09/13 | J | | |
| 77. - Fidelity Advisor Total Bond Cl A | | | | | Buy | 12/09/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOORMAN, William A. | 07/10/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 20, inherited stock

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William A. MOORMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544